FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURT
08/02/2022 03:54 P
CV 2022 08 1330

## IN THE COMMON PLEAS COURT OF BUTLER COUNTY, OHIO
### CIVIL DIVISION

| | |
|---|---|
| **Gary E. Lamb**<br>8330 Marie Place<br>Franklin, OH 45005<br><br>    Plaintiff,<br><br>v.<br><br>**Lowe's Home Centers, LLC c/o Statutory Agent Corporation Service Company**<br>3366 Riverside Dr., Suite 103<br>Upper Arlington, OH 43221<br><br>    Defendants. | Case No.:_____<br><br>Judge_____<br><br><br>**COMPLAINT FOR PERSONAL INJURIES WITH JURY DEMAND ENDORSED HEREIN** |

### FIRST CLAIM FOR RELIEF

1. Defendant, Lowe's Home Centers, LLC. (hereafter "Defendant"), owned, operated, and/or maintained a store at 3125 Towne Blvd., City of Middletown, County of Butler, State of Ohio.

2. At all times relevant herein, Defendant is vicariously liable for the acts and/or omissions of their employee(s) and/or agent(s) and/or contractor(s) and/or subcontractor(s).

3. On or about August 23, 2020, Plaintiff, Gary E. Lamb, (hereafter "Plaintiff"), was injured as a direct result of being knocked down, the proximate cause of which was a dangerous and hazardous condition created by Defendant, to exist, to wit: an employee hitting him with a line of carts, while he was attempting to exit while in a motorized wheelchair, in the vestibule, provided by the establishment..

4. Defendant's employees and/or agents have a duty to complete work assigned to them in a reasonably safe manner and to exercise reasonable caution/care when completing work so as to not cause injury to guests or business invitees.

5. Defendant's failure to train and/or supervise said employees and/or agents caused and/or substantially contributed to the negligence cited above.

6. As the proximate result of the negligence and liability of Defendant, Plaintiff sustained injuries and damages as follows:

    a. Bodily injuries including but not limited to neck and upper back pain;

    b. Great pain and suffering both physical and emotional, and loss of ability to perform usual functions and may cause her further pain and suffering and loss of ability to perform usual functions in the future;

    c. Reasonable and necessary medical expenses in an amount in excess of $20,167.00 with future medicals to be determined;

    d. Miscellaneous out-of-pocket expenses in an amount yet to be determined.

7. The aforesaid negligence of Defendant was the direct and proximate cause of the injuries and damages to Plaintiff.

**WHEREFORE**, Plaintiff, Gary E. Lamb, demands judgment against the Defendant, Lowe's Home Centers, LLC, in an amount in excess of $25,000.00, plus the costs and interest of this action.

Respectfully submitted,

/s/ Kenneth J. Ignozzi
Kenneth J. Ignozzi (0055431)
Attorney for Plaintiff
Dyer, Garofalo, Mann, & Schultz
131 N. Ludlow Street, Suite 1400
Dayton, OH 45402
Tel: (937) 223-8888; Fax: (937) 824-8630
Email: kignozzi@dgmslaw.com

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and hereby demands a trial by jury on all issues of this matter.

/s/Kenneth J. Ignozzi
Kenneth J. Ignozzi (0055431)
Attorney for Plaintiff